FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Dewhite Tyler Brown,<br><br>　　　　Defendant. | CR09-8148-PCT-MHM(MHB)<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and<br>　　　924(a)(2)<br>　　　(Felon in Possession of a Firearm)<br>　　　Count 1<br><br>　　　18 U.S.C. § 924(d); 28 U.S.C.<br>　　　§ 2461(c)<br>　　　(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or between April 8, 2008 and April, 11, 2008, in the District of Arizona, defendant, DEWHITE TYLER BROWN, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Unlawful Imprisonment, County of Apache, on August 9, 2004, in case number CR2004-126, did knowingly possess a firearm, namely, one (1) Remington Arms Company, Inc., 12 caliber shotgun which previously had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

**FORFEITURE ALLEGATION**

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant, DEWHITE TYLER BROWN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a.    a Remington Arms Company, Inc., .12 caliber shotgun.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: December 9, 2009

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
_____
HEATHER H. BELT
Assistant U.S. Attorney